USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRO PUBLICA, INC.,

      Plaintiff,

-against-

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

      Defendant.

19-cv-5222 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to this Court that an agreement has been or will be reached in this case, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:**  January 28, 2020
     New York, New York

                 _____
                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**